# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOE Q.,[1] <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security,[2] <br><br> Defendant. | Case No. CV 20-6993 JWH (PVC) <br><br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

---

[1]  The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2]  Kilolo Kijakazi, Acting Commissioner of the Social Security Administration, is substituted for her predecessor originally named in the Complaint.  *See* 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d).

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, Plaintiff's Objections, and Defendant's Response to the Objections. After having made a *de novo* determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

It is **ORDERED** that Judgment shall be entered affirming the decision of the Acting Commissioner and dismissing this action with prejudice. Plaintiff's request for an order reopening Plaintiff's fully closed August 26, 2016, and June 13, 2016, Child Disability Benefits and Supplemental Security Income applications is **DENIED**.

It is further **ORDERED** that the Clerk serve copies of this Order and the Judgment herein on counsel for Plaintiff and counsel for Defendant.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: March 7, 2022

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE